IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID DEMARCUS HAQQ,

    Plaintiff,                    No. 2:10-cv-01580 GEB KJN PS

    vs.

TRACY POLICE DEPARTMENT,
SAN JOAQUIN COUNTY,

    Defendants.              FINDINGS & RECOMMENDATIONS
_____/

        A review of the court's docket reflects that the court's screening order dated October 25, 2010 (Dkt. No. 15) was served upon plaintiff's address of record via mail on October 25, 2010, and returned as undeliverable by the postal service on November 2, 2010. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty days have passed since the court order was returned by the postal service and plaintiff has failed to notify the Court of a current address.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for failure to prosecute. See Local Rule 183(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen

days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

       IT IS SO RECOMMENDED.

DATED:  March 2, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE